```
                                                    FILED
                                                 WILLIAMSPORT

                                                  JAN 23 2025
                                             PER   EA
      UNITED STATES DISTRICT COURT              DEPUTY CLERK
      MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA    :
                            :
        v.                  :    No. 4:25-CR-00015
                            :
NICOLAE STRAVA,             :    (Chief Judge Brann)
                            :
        Defendant.          :

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### 8 U.S.C. § 1326
### (Illegal Reentry)

On or about September 20, 2024, in Centre County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**NICOLAE STRAVA,**

an alien, was found in the United States in Centre County, Pennsylvania, after having been removed from the United States pursuant to law on or about April 23, 2019, at or near Houston, Texas, without first having obtained permission for re-entry into the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6 United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

███████████████
GRAND JURY FOREPERSON

*Robin Zenzinger*
ROBIN ZENZINGER
Assistant United States Attorney

1/23/25
Date